UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR JOHNSON,

                Plaintiff,

- against -

THE CITY OF NEW YORK and NEW YORK
CITY POLICE DEPARTMENT,

                Defendants.

**ORDER**

22 Civ. 5743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court is in receipt of Plaintiff's affirmation of service regarding the Summons and Complaint. (Dkt. No. 12) The affirmation of service indicates that Defendants were served on October 4, 2022. (Id.) Defendants have not responded to the Complaint in any fashion. Accordingly, Plaintiff will file a proposed order to show cause for default judgment, attorney affidavit, and proposed default judgment, and move for default judgment against Defendants in accordance with this Court's Individual Rules of Practice for Civil Cases, no later than **December 7, 2022.** If Plaintiff does not make the necessary submission by that time, this case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated: New York, New York
        November 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge