UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR JOHNSON,

                Plaintiff,

- against -

THE CITY OF NEW YORK, and NEW YORK CITY POLICE DEPARTMENT,

                Defendants.

**ORDER**

22 Civ. 5743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this matter presently scheduled for March 2, 2023 is adjourned to **April 6, 2023 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         February 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge