UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR JOHNSON,

            Plaintiff,

    - against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, LUIS ORTIZ, MATTHEW VINZO, JOSEPH SPALDING, YOEL HIDALGO, and OFFICERS JOHN OR JANE DOE # 1, 2, 3, 4, AND 5,

            Defendants.

**ORDER**

22 Civ. 5743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for June 29, 2023, is adjourned to **July 27, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 27, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge