UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR JOHNSON,

        Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, LUIS ORTIZ, MATTHEW VINZO, JOSEPH SPALDING, YOEL HIDALGO, and OFFICERS JOHN OR JANE DOE # 1, 2, 3, 4, AND 5,

        Defendants.

**ORDER**

22 Civ. 5743 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this matter presently scheduled for August 31, 2023, is adjourned to **September 7, 2023, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         August 30, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge