UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR JOHNSON,

           Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, LUIS ORTIZ, MATTHEW VINZO, JOSEPH SPALDING, YOEL HIDALGO, and OFFICERS JOHN OR JANE DOE # 1, 2, 3, 4, AND 5,

           Defendants.

**ORDER**

22 Civ. 5743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a conference in this matter on **October 23, 2023, at 10:00 a.m.** in Courtroom 705 of Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The City of New York will respond to the Amended Complaint by **October 6, 2023**.

Dated: New York, New York
       September 7, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge