UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR JOHNSON,

          Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT, LUIS
ORTIZ, MATTHEW VINZO, JOSEPH
SPALDING, YOEL HIDALGO, and
OFFICERS JOHN OR JANE DOE # 1, 2, 3,
4, AND 5,

          Defendants.

**ORDER**

22 Civ. 5743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          As discussed in open court today, Plaintiff Lamar Johnson's claims against

Defendant Yoel Hidalgo are dismissed on consent.  The Clerk of Court is directed to terminate

Defendant Hidalgo as a party to this action.

Dated:  New York, New York
        October 27, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge